1 

 Erin Amber Trujillo, Petitioner v. The People of the State of Colorado. Respondent 
No. 25SC209
Supreme Court of Colorado, En Banc
January 12, 2026
 Court of Appeals Case No. 22CA1067 
 
 Petition for Writ of Certiorari GRANTED. 
 [REFRAMED] Whether People v. Hickman, 988 P.2d 628 (Colo. 1999), created a rule that a person can commit retaliation against a victim or witness under section 18-8-706, C.R.S. (2025), when the victim or witness has not yet testified or been scheduled to testify. 
 
2

 [REFRAMED] Whether, if People v. Hickman, 988 P.2d 628 (Colo. 1999), created a rule that a person can commit retaliation against a victim or witness under section 18-8-706, C.R.S. (2025), when the victim or witness has not yet testified or been scheduled to testify, that rule is contrary to the statute's plain language, undermines legislative intent, and creates equal protection concerns. 
 [REFRAMED] Whether the evidence was insufficient to prove petitioner committed attempted retaliation by allegedly threatening or harassing a would-be victim in a criminal prosecution that had not even been initiated. 
 DENIED AS TO ALL OTHER ISSUES.